# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-2025
Lower Tribunal No. 2022-CT-003509-O

_____

STATE OF FLORIDA,

Appellant,

v.

JASON BROWN,

Appellee.

_____

Appeal from the County Court for Orange County.
Amy J. Carter, Judge.

August 6, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL, J., and LAMBERT, B.D., Associate Judge, concur.


Ashley Moody, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellant.

Laura L. Parker, of Ali & Blankner, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED